**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00303-CR

**ESTEBAN JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82506-2011**

## ORDER

The Court **REINSTATES** the appeal.

On August 9, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the reporter's record. Therefore, we **VACATE** the August 9, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE